# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| HUBBARD HEATING INC. | § | Case No. 10-03162 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                   .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $             . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $       as interim compensation and now requests a sum of $           , for a total compensation of $          $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $     , and now requests reimbursement for expenses of $          , for total expenses of $          $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BRADLEY J. WALLER_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:   1

Exhibit A

| Case No: | 10-03162 | BB | Judge: BRUCE W. BLACK |
|---|---|---|---|
| Case Name: | HUBBARD HEATING INC. | | |

For Period Ending:  11/16/12

| Trustee Name: | BRADLEY J. WALLER |
|---|---|
| Date Filed (f) or Converted (c): | 01/28/10 (f) |
| 341(a) Meeting Date: | 03/03/10 |
| Claims Bar Date: | 10/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. State Bank of Countryside 6734 Joliet Rd Country<br> Orig. Asset Memo: Imported from original petition Doc# 1 | 40,000.00 | 0.00 | | 0.00 | FA |
| 2. State Bank of Countryside 6734 Joliet Rd Country<br> Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3. State Bank of Countryside 6734 Joliet Rd Country<br> Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Accounts Receivables Total Past Due<br> Orig. Asset Memo: Imported from original petition Doc# 1 | 610,555.75 | 4,045.00 | | 4,045.00 | 0.00 |
| 5. 2000 Ford Van E350 Frankfort<br> Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 3,250.00 | | 3,250.00 | FA |
| 6. 99 Int'l 4700 Stake Trk Frankfort, IL<br> Orig. Asset Memo: Imported from original petition Doc# 1 | 9,000.00 | 6,500.00 | | 6,500.00 | FA |
| 7. 05 Ford F150 Pickup Monee, IL<br> Orig. Asset Memo: Imported from original petition Doc# 1 | 6,350.00 | 4,922.00 | | 7,000.00 | FA |
| 8. 2006 Ford Cutaway Peotone, IL<br> Orig. Asset Memo: Imported from original petition Doc# 1 | 5,300.00 | 3,910.00 | | 7,000.00 | FA |
| 9. 2007 Chevrolet G2500 Peotone, IL<br> Orig. Asset Memo: Imported from original petition Doc# 1 | 5,500.00 | 6,500.00 | | 6,500.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit A

| Case No: | 10-03162 | BB | Judge: BRUCE W. BLACK |
| Case Name: | HUBBARD HEATING INC. | | |

| Trustee Name: | BRADLEY J. WALLER |
| Date Filed (f) or Converted (c): | 01/28/10 (f) |
| 341(a) Meeting Date: | 03/03/10 |
| Claims Bar Date: | 10/08/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Miscellaneous desks, computers, File Cabinets, P<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 11. Metal Forming Machines<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. Miscellaneous Inventory | 15,000.00 | 0.00 | | 0.00 | FA |
| 13. Miscellaneous Inventory | 15,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.79 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $726,705.75 | $29,127.00 | | $34,299.79 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 10-03162  -BB |
| Case Name: | HUBBARD HEATING INC. |
| | |
| Taxpayer ID No: | *******3200 |
| For Period Ending: | 11/16/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2265  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/21/10 | 4 | Homestar Title Company Escrow Account 222 N. Industrial Drive Bradley, IL  60915 | Accounts Receivable DEPOSIT CHECK #75537 | 1129-000 | 4,045.00 | | 4,045.00 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.07 | | 4,045.07 |
| 08/09/10 | | American Auction Associates Inc 8515 S. Thomas Avenue Bridgeview, IL  60455 | per court order of  July 9, 2010 DEPOSIT CHECK #4571 | | 30,250.00 | | 34,295.07 |
| | 5 | | Memo Amount:          3,250.00 | 1129-000 | | | |
| | 6 | | Memo Amount:          6,500.00 | 1129-000 | | | |
| | 7 | | Memo Amount:          7,000.00 | 1129-000 | | | |
| | 8 | | Memo Amount:          7,000.00 | 1129-000 | | | |
| | 9 | | Memo Amount:          6,500.00 | 1129-000 | | | |
| 08/11/10 | 001001 | Ford Motor Credit Company National Bankruptcy Service Center P.O. Box 537901 Livonia, MI  48159-7901 | Payment of lien on 2005 Ford 150 | 4210-000 | | 2,224.53 | 32,070.54 |
| 08/11/10 | 001002 | Chase Auto Finance National Bankruptcy Department 201 N. Central Ave AZ1-1191 Phoenix, AZ  85004 | Payment of lien on 2006 Ford Econoline | 4210-000 | | 3,228.55 | 28,841.99 |
| *  08/23/10 | 001003 | American Auction Associates, Inc. 8616 South Thomas Avenue Bridgeview, IL  60455 | per court order of August 20, 2010 | 3620-003 | | 139.89 | 28,702.10 |
| *  08/23/10 | 001003 | American Auction Associates, Inc. 8616 South Thomas Avenue Bridgeview, IL  60455 | VOID per court order of August 20, 2010 | | | -139.89 | 28,841.99 |
| 08/23/10 | 001004 | American Auction Associates Inc. | per court order of August 20, 2010 | 3620-000 | | 1,398.89 | 27,443.10 |

Page Subtotals          34,295.07          6,851.97

LFORM24   **UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*          Ver: 17.00b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| Case No: | 10-03162  -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | HUBBARD HEATING INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******2265  Money Market Account |
| Taxpayer ID No: | *******3200 | | |
| For Period Ending: | 11/16/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 8515 South Thomas Avenue | | | | | |
| | | Bridgeview, IL  60455 | | | | | |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.36 | | 27,444.46 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 27,444.68 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 27,444.91 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 27,445.13 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 27,445.36 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 27,445.59 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 27,445.80 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 27,446.03 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 27,446.25 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 27,446.48 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 27,446.70 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 27,446.93 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.64 | 27,394.29 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.23 | | 27,394.52 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.81 | 27,330.71 |
| 09/14/11 | 001005 | Illinois Department of Revenue | 2010 Taxes | 2810-000 | | 322.00 | 27,008.71 |
| | | P.O. Box 19032 | | | | | |
| | | Springfield, IL  62794-9032 | | | | | |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.88 | 27,010.59 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 27,010.81 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.94 | 26,954.87 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,955.09 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.54 | 26,901.55 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 26,901.77 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.96 | 26,842.81 |
| 12/02/11 | | To Acct #*******2266 | | 9999-000 | | 26,842.81 | 0.00 |

| | Page Subtotals | 4.72 | 27,447.82 |
|---|---|---|---|

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-03162  -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | HUBBARD HEATING INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******2265  Money Market Account |
| Taxpayer ID No: | *******3200 | | | |
| For Period Ending: | 11/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Memo Allocation Receipts: | 30,250.00 | COLUMN TOTALS | 34,299.79 | 34,299.79 | 0.00 |
|  | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 26,842.81 | |
|  |  |  | Subtotal | 34,299.79 | 7,456.98 | |
|  | Memo Allocation Net: | 30,250.00 | Less:  Payments to Debtors | | 0.00 | |
|  |  |  | Net | 34,299.79 | 7,456.98 | |

Page Subtotals                    0.00                    0.00

Ver: 17.00b

LFORM24

Page:    4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 10-03162  -BB | | Trustee Name: | BRADLEY J. WALLER | |
| Case Name: | HUBBARD HEATING INC. | | Bank Name: | The Bank of New York Mellon | |
| | | | Account Number / CD #: | *******2266  Checking Account | |
| Taxpayer ID No: | *******3200 | | | | |
| For Period Ending: | 11/16/12 | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/11 | | From Acct #*******2265 | | 9999-000 | 26,842.81 | | 26,842.81 |
| 01/10/12 | 000101 | Illinois Department of Revenue | 2010 taxes | 2820-000 | | 62.76 | 26,780.05 |
| | | Attn: Remit | | | | | |
| | | 101 West Randolph, Suite 7-400 | | | | | |
| | | Chicago, IL  60601 | | | | | |
| 01/26/12 | | Transfer to Acct #*******3168 | Bank Funds Transfer | 9999-000 | | 26,780.05 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 26,842.81 | 26,842.81 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 26,842.81 | 26,780.05 | |
| | | Subtotal | 0.00 | 62.76 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 62.76 | |

| | | |
|---|---|---|
| | Page Subtotals | 26,842.81 | 26,842.81 |

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-03162  -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | HUBBARD HEATING INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3168  Checking Account |
| Taxpayer ID No: | *******3200 | | | |
| For Period Ending: | 11/16/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******2266 | Bank Funds Transfer | 9999-000 | 26,780.05 | | 26,780.05 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 26,780.05 | 0.00 | 26,780.05 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 26,780.05 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 30,250.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Money Market Account - *******2265 | 34,299.79 | 7,456.98 | 0.00 |
| | | Checking Account - *******2266 | 0.00 | 62.76 | 0.00 |
| Total Memo Allocation Net: | 30,250.00 | Checking Account - *******3168 | 0.00 | 0.00 | 26,780.05 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 34,299.79 | 7,519.74 | 26,780.05 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 26,780.05 | 0.00 | |
|---|---|---|---|---|

LFORM24

Ver: 17.00b

\*
ANALYSIS OF CLAIMS REGISTER

Date: November 16, 2012

| Case Number: | 10-03162 |
| Debtor Name: | HUBBARD HEATING INC. |

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 2200-00 | BRADLEY J. WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Administrative | | $122.00 | $0.00 | $122.00 |
| 200 2100-00 | BRADLEY J. WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Administrative | | $4,179.98 | $0.00 | $4,179.98 |
| 200 3410-00 | LEE G. SCHWENDNER, CPA DiGiovine, Hnilo, Jordan & Joh 2570 Foxfield Road, Suite 301 St. Charles, IL 60174 | Administrative | | $1,518.75 | $0.00 | $1,518.75 |
| 510 5300-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS 64999 | Priority | | $5,869.28 | $0.00 | $5,869.28 |
| 510 5300-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS 64999 | Priority | | $1,819.48 | $0.00 | $1,819.48 |
| 510 5300-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS 64999 | Priority | | $425.53 | $0.00 | $425.53 |
| 570 5800-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS 64999 | Priority | | $1,819.48 | $0.00 | $1,819.48 |
| 540 5800-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS 64999 | Priority | | $425.53 | $0.00 | $425.53 |
| 570 5800-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS 64999 | Priority | | $586.93 | $0.00 | $586.93 |
| 570 5800-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS 64999 | Priority | | $586.93 | $0.00 | $586.93 |
| 610 5800-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS 64999 | Priority | | $260.16 | $0.00 | $260.16 |
| 610 5800-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS 64999 | Priority | | $60.85 | $0.00 | $60.85 |
| 610 5800-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS 64999 | Priority | | $83.92 | $0.00 | $83.92 |

Page 2

*
ANALYSIS OF CLAIMS REGISTER

Date: November 16, 2012

Case Number:    10-03162
Debtor Name:    HUBBARD HEATING INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 610<br>5800-00 | INTERNAL REVENUE SERVICE<br>UNITED STATES TREASURY<br>KANSAS CITY, KS  64999 | Priority | | $83.92 | $0.00 | $83.92 |
| 3P<br>520<br>5400-00 | Sheet Metal Workers' National Pension<br>Fund<br>c/o Dawn M. Costa, Esq. /Jennings<br>Sigmon<br>510 Walnut St,<br>16th Floor, PA | Priority | | $3,819.50 | $0.00 | $3,819.50 |
| 3U<br>520<br>5400-00 | Sheet Metal Workers' National Pension<br>Fund<br>Baum Sigman Auerbach & Neuman Ltd<br>c/o Cecilia Scanlon 200 W Adams Ste<br>2200<br>Chicago, IL  60606 | Priority | | $5,931.97 | $0.00 | $5,931.97 |
| 4P<br>520<br>5400-00 | Sheet Metal Workers' National Pension<br>Fund<br>c/o Dawn M. Costa, Esq. /Jennings<br>Sigmon<br>510 Walnut St,<br>16th Floor, PA | Priority | | $0.00 | $0.00 | $0.00 |
| 5P<br>520<br>5400-00 | Stabilization Agreement of the Sheet<br>Metal Industr<br>c/o Dawn M. Costa, Esq. /Jennings<br>Sigmon<br>510 Walnut Street,<br>16th Floor, PA | Priority | | $1,183.61 | $0.00 | $1,183.61 |
| 7P<br>570<br>5800-00 | Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 21126<br>Philadelphia, PA  19114 | Priority | | $39,220.16 | $0.00 | $39,220.16 |
| 12<br>040<br>5300-00 | ELIZABETH KIKOEN<br>33 Bandy Drive<br>Holiday Island, AR  72631 | Priority | | $7,446.40 | $0.00 | $7,446.40 |
| 13P<br>570<br>5800-00 | Illinois Department of Employment<br>Security<br>Attn: Bankruptcy Unit - 10th Floor<br>33 South State Street<br>Chicago, IL  60603 | Priority | | $7,102.44 | $0.00 | $7,102.44 |
| 18<br>510<br>5300-00 | Elizabeth J. Kikoen<br>33 Brandy Drive<br>Holiday Island, AR  72631 | Priority | | $0.00 | $0.00 | $0.00 |
| 20<br>040<br>5300-00 | Scott Niemczyk<br>6034 W 157th Street<br>Oak Forest, IL  60452 | Priority | | $11,725.00 | $0.00 | $11,725.00 |

Page 3

\*
ANALYSIS OF CLAIMS REGISTER

Date: November 16, 2012

Case Number:     10-03162
Debtor Name:     HUBBARD HEATING INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22 040 5300-00 | Robert Raftery 5200 S Ellis Avenue Unit 502 Chicago, IL  60615 | Priority | | $11,725.00 | $0.00 | $11,725.00 |
| 25P 520 5400-00 | Sheet Metal Workers Local 265 Pension Fund BaumSignman Auerbach & Neuman Ltd c/o Cecilia Scanlon 200 W Adams Ste 2200 Chicago, IL  60606 | Priority | | $3,555.24 | $0.00 | $3,555.24 |
| 27P 520 5400-00 | Sheet Metal Worrkers Local265 Educational Fund Baum Sigman Auerbach & Neuman Ltd c/o Cecilia Scanlon 200 W Adams Ste 2200 Chicago, IL  60606 | Priority | | $537.42 | $0.00 | $537.42 |
| 28P 520 5400-00 | Sheet Metal Workers Local 265 Industry Fund Baum Sigman Auerbach & Neuman Ltd c/o Cecilia Scanlon 200 W Adams Ste 2200 Chicago, IL  60606 | Priority | | $350.59 | $0.00 | $350.59 |
| 29P 520 5400-00 | Sheet Metal Workers Local 265 Savings Fund Baum Sigman Auerbach & Neuman Ltd c/o Cecilia Scanlon 200 W Adams Ste 2200 Chicago, IL  60606 | Priority | | $20.00 | $0.00 | $20.00 |
| 30P 520 5400-00 | Sheet Metal Workers Int'l Assoc, Local Union 265 c/o Cecilia Scanlon 200 W Adams Suite 2200 Chicago, IL  60606 | Priority | | $34.45 | $0.00 | $34.45 |
| 32 510 5300-00 | Robert Raftery 5200 S Ellis Avenue Unit 502 Chicago, IL  60615 | Priority | | $0.00 | $0.00 | $0.00 |
| 610 7100-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS  64999 | Unsecured | | $839.24 | $0.00 | $839.24 |
| 610 7100-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS  64999 | Unsecured | | $260.16 | $0.00 | $260.16 |

Page 4

*
ANALYSIS OF CLAIMS REGISTER

Date: November 16, 2012

Case Number:   10-03162                        Claim Class Sequence
Debtor Name:   HUBBARD HEATING INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 610 7100-00 | INTERNAL REVENUE SERVICE UNITED STATES TREASURY KANSAS CITY, KS  64999 | Unsecured | | $60.85 | $0.00 | $60.85 |
| 2 610 7100-00 | Yellow Book Sales & Distribution Inc c/o RMS Bankruptcy Recovery Services (HB PO Box 5126 Timonium, MA  21094 | Unsecured | | $420.00 | $0.00 | $420.00 |
| 4U 610 7100-00 | Sheet Metal Workers' National Pension Fund c/o Dawn M. Costa, Esq. /Jennings Sigmon 510 Walnut St, 16th Floor, PA | Unsecured | | $0.00 | $0.00 | $0.00 |
| 5U 610 7100-00 | Stabilization Agreement of the Sheet Metal Industr c/o Dawn M. Costa, Esq. /Jennings Sigmon 510 Walnut Street, 16th Floor, PA | Unsecured | | $14,941.26 | $0.00 | $14,941.26 |
| 6 610 7100-00 | Munch's Supply Co. 3180 Theodore Street, #102 Joliet, IL  60432 | Unsecured | | $23,548.75 | $0.00 | $23,548.75 |
| 7U 610 7100-00 | Internal Revenue Service Centralized Insolvency Operations POB 21126 Philadelphia, PA  19114 | Unsecured | | $103.14 | $0.00 | $103.14 |
| 8 610 7100-00 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Miami, FL  33131-1605 | Unsecured | | $301.63 | $0.00 | $301.63 |
| 9 610 7100-00 | Cygan Hayes Ltd 10751 W 165th Street Ste 100 Orland Park, IL  60467 | Unsecured | | $4,272.50 | $0.00 | $4,272.50 |
| 10 610 7100-00 | JPMorgan Chase Bank NA Chase Auto Finance 201 N. Central Avenue Phoenix, AZ  85004-0073 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 11 610 7100-00 | Star/A&J Disposal 20 S Park St Park Forest, IL  60466-1291 | Unsecured | | $137.16 | $0.00 | $137.16 |
| 13U 610 7100-00 | Illinois Department of Employment Security Attn: Bankruptcy Unit - 10th tlr 33 South State Street | Unsecured | | $290.00 | $0.00 | $290.00 |

Page 5

\*
ANALYSIS OF CLAIMS REGISTER

Date: November 16, 2012

| | |
|---|---|
| Case Number: | 10-03162 |
| Debtor Name: | HUBBARD HEATING INC. |

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Chicago, IL  60603 | | | | | |
| 14 610 7100-00 | Noble Air LLC 6652 W 88th Street Oak Lawn, IL  60453 | Unsecured | | $960.00 | $0.00 | $960.00 |
| 15 610 7100-00 | Speedway SuperAmerica LLC PO Box 1590 Springfield, OH  45501 | Unsecured | | $6,449.97 | $0.00 | $6,449.97 |
| 16 610 7100-00 | Mutual Sales Corp 2447 W Belmont Ave Chicago, IL  60618 | Unsecured | | $584.87 | $0.00 | $584.87 |
| 17 610 7100-00 | Dreisilker Electric Motors 36249 Treasury Center Chicago, IL  60694 | Unsecured | | $777.96 | $0.00 | $777.96 |
| 19 610 7100-00 | AT&T Attorney James Grudus One AT&T Way,Room 3A218 Bedminster, NJ  07921 | Unsecured | | $202.27 | $0.00 | $202.27 |
| 20U 610 7100-00 | Scott Niemczyk 6034 W 157th Street Oak Foreset, IL  60452 | Unsecured | | $2,475.24 | $0.00 | $2,475.24 |
| 21 610 7100-00 | Air Products Equipment Co Aronberg Goldgehn 330 W. Wabansh Suite 21700 Chicago, IL  60611 | Unsecured | | $64,881.96 | $0.00 | $64,881.96 |
| 22U 610 7100-00 | Robert Raftery 5200 S Ellis Avenue Unit 502 Chicago, IL  60615 | Unsecured | | $560.71 | $0.00 | $560.71 |
| 23 610 7100-00 | Temp Excel Properties LLC dba National Excelsior Company 1999 N Rugby Street Melrose Park, IL  60160 | Unsecured | | $155,231.33 | $0.00 | $155,231.33 |
| 24P 610 7100-00 | Sheet Metal Workers Local 265 Welfare Fund Baum Sigman Auerbach & Neuman Ltd. c/o Cecilia Scanlon 200 W Adams Ste 2200 Chicago, IL  60606 | Unsecured | | $5,656.69 | $0.00 | $5,656.69 |
| 24U 610 7100-00 | Sheet Metal Workers Local 265 Welfare Fund Baum Sigman Auerbach & Neuman Ltd. | Unsecured | | $14,133.09 | $0.00 | $14,133.09 |

\*

ANALYSIS OF CLAIMS REGISTER

Date: November 16, 2012

| Case Number: | 10-03162 | | Claim Class Sequence | | | |
| Debtor Name: | HUBBARD HEATING INC. | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
| --- | --- | --- | --- | --- | --- | --- |
| | c/o Cecilia Scanlon 200 W Adams Ste 2200 Chicago, IL 60606 | | | | | |
| 25U 610 7100-00 | Sheet Metal Workers Local 265 Pension Fund Baum Sigman Auerbach & Neuman Ltd c/o Cecilia Scanlon 200 W Adams Ste 2200 Chicago, IL 60606 | Unsecured | | $8,553.40 | $0.00 | $8,553.40 |
| 26P 610 7100-00 | Sheet Metal Workers Local 265 Retirement Plan Baum Sigman Auerbach & Neuman c/o Cecilia Scanlon 200 W Adams Ste 2200 | Unsecured | | $3,445.00 | $0.00 | $3,445.00 |
| 26U 610 7100-00 | Sheet Metal Workers Local 265 Retirement Plan Baum Sigman Auerbach & Neuman Ltd c/o Cecilia Scanlon 200 W Adams Ste 2200 Chicago, IL 60606 | Unsecured | | $8,754.68 | $0.00 | $8,754.68 |
| 27U 610 7100-00 | Sheet Metal Workers Local 265 Educational Fund Baum Sigman Auerbach & Neuman Ltd c/o Cecilia Scanlon 200 W Adams Ste 2200 Chicago, IL 60606 | Unsecured | | $1,666.58 | $0.00 | $1,666.58 |
| 28U 610 7100-00 | Sheet Metal Workers Local 265 Industry Fund Baum Sigman Auerbach & Neuman Ltd c/o Cecilia Scanlon 200 W Adams Ste 2200 | Unsecured | | $713.72 | $0.00 | $713.72 |
| 29U 610 7100-00 | Sheet Metal Workers Local 265 Savings Fund Baum Sigman Auerbach & Neuman Ltd c/o Cecilia Scanlon 200 W Adams Ste 220 Chicago, IL 60606 | Unsecured | | $2,364.58 | $0.00 | $2,364.58 |
| 30U 610 7100-00 | Sheet Metal Workers Int'l Assoc, Local Union 265 c/o Cecilia Scanlon 200 W Adams Street Suite 2200 Chicago, IL 60606 | Unsecured | | $88.76 | $0.00 | $88.76 |
| 31 610 7100-00 | State Bank of Countryside c/o william S. Hackney Smith Amundsen 150 N. Michigan Avenue, Suite 3300 Chicago, IL 60601-7524 | Unsecured | | $351,931.75 | $0.00 | $351,931.75 |

Page 7

*

ANALYSIS OF CLAIMS REGISTER

Date: November 16, 2012

Case Number:    10-03162                                    Claim Class Sequence
Debtor Name:    HUBBARD HEATING INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 32U 610 7100-00 | Robert Raftery 5200 S Ellis Avenue Unit 502 Chicago, IL 60615 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 1 100 4210-00 | Ford Motor Credit Company LLC P O Box 6275 Dearborn, MI 48121 | Secured | | $0.00 | $0.00 | $0.00 |
| 7S 4300-07 | Internal Revenue Service Centralized Insolvency Operations POB 21126 Philadelphia, PA 19114 | Secured | | $270,724.20 | $0.00 | $270,724.20 |
| | Case Totals: | | | $1,055,825.97 | $0.00 | $1,055,825.97 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-03162
Case Name: HUBBARD HEATING INC.
Trustee Name: BRADLEY J. WALLER

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | $ | $ | $ | $ |
| 7S | Internal Revenue Service | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $                must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Sheet Metal Workers' National Pension Fund | $ | $ | $ |
| 3U | Sheet Metal Workers' National Pension Fund | $ | $ | $ |
| 4P | Sheet Metal Workers' National Pension Fund | $ | $ | $ |
| 5P | Stabilization Agreement of the Sheet Metal Industr | $ | $ | $ |
| 7P | Internal Revenue Service | $ | $ | $ |
| 12 | ELIZABETH KIKOEN | $ | $ | $ |
| 13P | Illinois Department of Employment Security | $ | $ | $ |
| 20 | Scott Niemczyk | $ | $ | $ |
| 22 | Robert Raftery | $ | $ | $ |
| 25P | Sheet Metal Workers Local 265 Pension Fund | $ | $ | $ |
| 27P | Sheet Metal Worrkers Local265 Educational Fund | $ | $ | $ |
| 28P | Sheet Metal Workers Local 265 Industry Fund | $ | $ | $ |
| 29P | Sheet Metal Workers Local 265 Savings Fund | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 30P | Sheet Metal Workers Int'l Assoc, Local  Union 265 | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                                         $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Yellow Book Sales & Distribution Inc | $ | $ | $ |
| 4U | Sheet Metal Workers' National Pension Fund | $ | $ | $ |
| 5U | Stabilization Agreement of the Sheet Metal Industr | $ | $ | $ |
| 6 | Munch's Supply Co. | $ | $ | $ |
| 7U | Internal Revenue Service | $ | $ | $ |
| 8 | GE Money Bank | $ | $ | $ |
| 9 | Cygan Hayes Ltd | $ | $ | $ |
| 11 | Star/A&J Disposal | $ | $ | $ |
| 13U | Illinois Department of Employment Security | $ | $ | $ |
| 14 | Noble Air LLC | $ | $ | $ |
| 15 | Speedway SuperAmerica LLC | $ | $ | $ |
| 16 | Mutual Sales Corp | $ | $ | $ |
| 17 | Dreisilker Electric Motors | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | AT&T | $ | $ | $ |
| 20U | Scott Niemczyk | $ | $ | $ |
| 21 | Air Products Equipment Co | $ | $ | $ |
| 22U | Robert Raftery | $ | $ | $ |
| 23 | Temp Excel Properties LLC | $ | $ | $ |
| 24P | Sheet Metal Workers Local 265 Welfare Fund | $ | $ | $ |
| 24U | Sheet Metal Workers Local 265 Welfare Fund | $ | $ | $ |
| 25U | Sheet Metal Workers Local 265 Pension Fund | $ | $ | $ |
| 26P | Sheet Metal Workers Local 265 Retirement Plan | $ | $ | $ |
| 26U | Sheet Metal Workers Local 265 Retirement Plan | $ | $ | $ |
| 27U | Sheet Metal Workers Local 265 Educational Fund | $ | $ | $ |
| 28U | Sheet Metal Workers Local 265 Industry Fund | $ | $ | $ |
| 29U | Sheet Metal Workers Local 265 Savings Fund | $ | $ | $ |
| 30U | Sheet Metal Workers Int'l Assoc, Local Union 265 | $ | $ | $ |
| 31 | State Bank of Countryside | $ | $ | $ |
| 32U | Robert Raftery | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |
| | INTERNAL REVENUE SERVICE | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | INTERNAL REVENUE SERVICE | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE