# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
HUBBARD HEATING INC.                    §       Case No. 10-03162
                                        §
            Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK OF THE UNITED STATES BANKRUPTCY COURT
    NORTHERN DISTRICT OF IL/EASTERN DIVISION
    219 S. DEARBORN STREET
    CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/14/2012 in Courtroom 2nd Floor,

    Will County Court - Joliet City Hall
    150 West Jefferson Street
    Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/16/2012                 By: /s/ Bradley J. Waller
                                                        Trustee


BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HUBBARD HEATING INC. | § | Case No. 10-03162 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 34,299.79 |
| and approved disbursements of | $ | 7,519.74 |
| leaving a balance on hand of[1] | $ | 26,780.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | $ 2,118.15 | $ 0.00 | $ 0.00 | $ 0.00 |
| 7S | Internal Revenue Service | $ 270,724.20 | $ 270,724.20 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 26,780.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 4,179.98 | $ 0.00 | $ 4,179.98 |
| Trustee Expenses: BRADLEY J. WALLER | $ 122.00 | $ 0.00 | $ 122.00 |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ 1,518.75 | $ 0.00 | $ 1,518.75 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,820.73 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Remaining Balance $ 20,959.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 106,860.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Sheet Metal Workers' National Pension Fund | $ 3,819.50 | $ 0.00 | $ 0.00 |
| 3U | Sheet Metal Workers' National Pension Fund | $ 5,931.97 | $ 0.00 | $ 0.00 |
| 4P | Sheet Metal Workers' National Pension Fund | $ 0.00 | $ 0.00 | $ 0.00 |
| 5P | Stabilization Agreement of the Sheet Metal Industr | $ 1,183.61 | $ 0.00 | $ 0.00 |
| 7P | Internal Revenue Service | $ 39,220.16 | $ 0.00 | $ 0.00 |
| 12 | ELIZABETH KIKOEN | $ 7,446.40 | $ 0.00 | $ 4,524.35 |
| 13P | Illinois Department of Employment Security | $ 7,102.44 | $ 0.00 | $ 0.00 |
| 20 | Scott Niemczyk | $ 11,725.00 | $ 0.00 | $ 7,123.99 |
| 22 | Robert Raftery | $ 11,725.00 | $ 0.00 | $ 7,123.99 |
| 25P | Sheet Metal Workers Local 265 Pension Fund | $ 3,555.24 | $ 0.00 | $ 0.00 |
| 27P | Sheet Metal Worrkers Local265 Educational Fund | $ 537.42 | $ 0.00 | $ 0.00 |
| 28P | Sheet Metal Workers Local 265 Industry Fund | $ 350.59 | $ 0.00 | $ 0.00 |
| 29P | Sheet Metal Workers Local 265 Savings Fund | $ 20.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 30P | Sheet Metal Workers Int'l Assoc, Local Union 265 | $ 34.45 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 5,869.28 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 1,819.48 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 425.53 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 1,819.48 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 425.53 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 586.93 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 586.93 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 260.16 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 60.85 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 83.92 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 83.92 | $ 0.00 | $ 0.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 1,163.89 | $ 0.00 | $ 1,163.89 |
| AUTO | INTERNAL REVENUE SERVICE | $ 375.45 | $ 0.00 | $ 375.45 |
| AUTO | INTERNAL REVENUE SERVICE | $ 272.20 | $ 0.00 | $ 272.20 |
| AUTO | INTERNAL REVENUE SERVICE | $ 375.45 | $ 0.00 | $ 375.45 |

Total to be paid to priority creditors    $    20,959.32

Remaining Balance    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 674,607.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Yellow Book Sales & Distribution Inc | $ 420.00 | $ 0.00 | $ 0.00 |
| 4U | Sheet Metal Workers' National Pension Fund | $ 0.00 | $ 0.00 | $ 0.00 |
| 5U | Stabilization Agreement of the Sheet Metal Industr | $ 14,941.26 | $ 0.00 | $ 0.00 |
| 6 | Munch's Supply Co. | $ 23,548.75 | $ 0.00 | $ 0.00 |
| 7U | Internal Revenue Service | $ 103.14 | $ 0.00 | $ 0.00 |
| 8 | GE Money Bank | $ 301.63 | $ 0.00 | $ 0.00 |
| 9 | Cygan Hayes Ltd | $ 4,272.50 | $ 0.00 | $ 0.00 |
| 11 | Star/A&J Disposal | $ 137.16 | $ 0.00 | $ 0.00 |
| 13U | Illinois Department of Employment Security | $ 290.00 | $ 0.00 | $ 0.00 |
| 14 | Noble Air LLC | $ 960.00 | $ 0.00 | $ 0.00 |
| 15 | Speedway SuperAmerica LLC | $ 6,449.97 | $ 0.00 | $ 0.00 |
| 16 | Mutual Sales Corp | $ 584.87 | $ 0.00 | $ 0.00 |
| 17 | Dreisilker Electric Motors | $ 777.96 | $ 0.00 | $ 0.00 |
| 19 | AT&T | $ 202.27 | $ 0.00 | $ 0.00 |
| 20U | Scott Niemczyk | $ 2,475.24 | $ 0.00 | $ 0.00 |
| 21 | Air Products Equipment Co | $ 64,881.96 | $ 0.00 | $ 0.00 |
| 22U | Robert Raftery | $ 560.71 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | Temp Excel Properties LLC | $ 155,231.33 | $ 0.00 | $ 0.00 |
| 24P | Sheet Metal Workers Local 265 Welfare Fund | $ 5,656.69 | $ 0.00 | $ 0.00 |
| 24U | Sheet Metal Workers Local 265 Welfare Fund | $ 14,133.09 | $ 0.00 | $ 0.00 |
| 25U | Sheet Metal Workers Local 265 Pension Fund | $ 8,553.40 | $ 0.00 | $ 0.00 |
| 26P | Sheet Metal Workers Local 265 Retirement Plan | $ 3,445.00 | $ 0.00 | $ 0.00 |
| 26U | Sheet Metal Workers Local 265 Retirement Plan | $ 8,754.68 | $ 0.00 | $ 0.00 |
| 27U | Sheet Metal Workers Local 265 Educational Fund | $ 1,666.58 | $ 0.00 | $ 0.00 |
| 28U | Sheet Metal Workers Local 265 Industry Fund | $ 713.72 | $ 0.00 | $ 0.00 |
| 29U | Sheet Metal Workers Local 265 Savings Fund | $ 2,364.58 | $ 0.00 | $ 0.00 |
| 30U | Sheet Metal Workers Int'l Assoc, Local Union 265 | $ 88.76 | $ 0.00 | $ 0.00 |
| 31 | State Bank of Countryside | $ 351,931.75 | $ 0.00 | $ 0.00 |
| 32U | Robert Raftery | $ 0.00 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 839.24 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 260.16 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 60.85 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 10-03162    Doc 54    Filed 11/16/12    Entered 11/16/12 16:18:05    Desc Main
Case 10-03162    Doc 27    Filed 07/09/10    Entered 07/11/10 23:26:02    Desc Imaged
                           Certificate of Service    Page 5 of 6

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman            Page 1 of 2           Date Rcvd: Jul 09, 2010
Case: 10-03162                Form ID: ntcftfc7       Total Noticed: 59
```

The following entities were noticed by first class mail on Jul 11, 2010.
```
db          +Hubbard Heating Inc.,    112 S First St,   Peotone, IL 60468-8700
aty         +L. Judson Todhunter,   Howard & Howard Attorneys PLLC,    200 S Michigan Ave,
              Chicago, IL 60604-2402
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
15022073    +AETNA,   POB 0824,    Carol Stream, IL 60132-0001
15022074    +Air Products Equipment Co.,     1555 Louis Ave,    Elk Grove Village, IL 60007-2313
15022075    +Aramark Uniform Services,     4200 S Halsted Ste 603,    Chicago, IL 60609-2635
15022076    +Arrigo Enterprises Inc.,    7643 W 100th Pl,    Bridgeview, IL 60455-2434
15022077    +Arthur J. Gallagher Rms Inc.,    Two Pierce Place,    6th Floor - Bonds,   Itasca, IL 60143-1203
15022079    +Brucker Company,    1200 Greenleaf,   Elk Grove Village, IL 60007-5519
15022082     City of Chicago,   Department of Revenue,    POB 88298,   Chicago, IL 60680-1298
15022083    +City of Chicago,   C/O Heller And Frisone Ltd,    33 N LaSalle St Ste 1200,
              Chicago, IL 60602-3415
15022084    +Cleats Manufacturing Inc,    1855 S Kilbourn Ave,   Chicago, IL 60623-2393
15022085    +Cobra Concrete Cutting,    2416 E Oakton St,   Arlington Heights, IL 60005-4820
15022086    +Comcast Cable,   POB 300,   Southeastern, PA 19399
15022087    +Cygan Hayes Ltd,    10751 W 165th St,   Ste 100,   Orland Park, IL 60467-8702
15022088     Dex,   POB 660835,    Dallas, TX 75266-0835
15022089    +Dreisilker Electric Motors,    36249 Treasury Center,    Chicago, IL 60694-6200
15022090    +Elizabeth J. Kikoen,    5230 W Diane Ct,   Oak Forest, IL 60452-2205
15022094    +Holian Insulation Co,    7504 Meyer Rd,   Spring Grove, IL 60081-9359
15022095     Home Depot Credit Services,    Dept 32-2129372755,   POB 6029,    The Lakes, NV 88901-6029
15022098    +IMARC,   POB 290,   De Witt, IA 52742-0290
15022096     Illinois Department of Revenue,    POB 88294,   Chicago, IL 60680-1294
15022097     Illinois Tollway,   POB 5201,    Lisle, IL 60532-5201
15022100    +Jeffrey O'Sullivan,    27253 S Wildwood Rd,   Monee, IL 60449-2101
15022101    +Jeffrey O'Sullivan,    27253 Wildwood Rd,   Monee, IL 60449-2101
15022103    +Lindab Inc,    1450 Arthur Ave,   Ste B,   Elk Grove Village, IL 60007-5745
15022105    +Massmutual Financial Group,    APM Payment Processing Center,    POB 92485,
              Chicago, IL 60675-2485
15022107    +Munch's Supply Co.,    3180 Theodore Street, #102,   Joliet, IL 60435-8535
15022108    +Mutual Sales Corp,    2447 W Belmont Ave,   Chicago, IL 60618-5998
15022109    +National Benefit Fund,    POB79321,   Baltimore, MD 21279-0001
15022111    +Noble Air LLC,    6652 W 88th St,   Oak Lawn, IL 60453-1014
15022113    +RLI Surety,   POB 3961,    Peoria, IL 61612-3961
15022114     Robert J Huguelet Jr PC,    10749 Winterset Dr,   Orland Park, IL 60467-1106
15022115    +Robert Raftery,    5200 S Ellis Ave,   Unit 502,   Chicago, IL 60615-4376
15022116    +Royal Crane Service Inc,    POB 1858,   Bridgeview, IL 60455-0858
15022117    +Scott Niemczyk,    6304 W 157th St,   Oak Forest, IL 60452-2710
15022118     Sheet Metal Workers Intl Assoc #73,    4530 Roosevelt Rd,   Hillside, IL 60162-2053
15022119    +Sheet Metal Workers Local 265,    205 Alexandria Way,   Carol Stream, IL 60188-2080
15022120     Speedway Super America,    POB 740587,   Cincinnati, OH 45274-0587
15022122     Staples Credit Plan,    Dept 51-7819656256,   POB 689020,   Des Moines, IA 50368-9020
15022123    +Star/A&J Disposal,    20 S St,   Park Forest, IL 60466-1296
15022124    +State Bank of Countryside,    6734 Joliet Rd,   Countryside, IL 60525-4599
15022127    +Temperature Equipment Corp,    17725 Volbrecht Rd,   Lansing, IL 60438-4539
15022128    +The National Excelsior Co,    510 Oak Leaf Ct,   Joliet, IL 60436-1030
15022129     The Pate Company,    2456 Eisenhower Lane South,   Lombard, IL 60148
15188954    +Yellow Book Sales & Distribution Inc,    c/o RMS Bankruptcy Recovery Services (HB,   PO Box 5126,
              Timonium, Maryland 21094-5126
15022130     Yellowbook West,   Cusomter Service,    POB 3162,   Cedar Rapids, IA 52406-3162
```

The following entities were noticed by electronic transmission on Jul 09, 2010.
```
15022078     EDI: ATTWIREBK.COM Jul 09 2010 18:28:00     AT&T,   POB 8100,   Aurora, IL 60507-8100
15022080     EDI: CAPITALONE.COM Jul 09 2010 18:28:00     Capital One Bank,    POB 6492,
              Carol Stream, IL 60197-6492
15022081     EDI: CAUT.COM Jul 09 2010 18:28:00     Chase Auto Finance,    POB 9001083,
              Louisville, KY 40290-1083
15022091     EDI: FORD.COM Jul 09 2010 18:28:00     Ford Credit,    POB 790093,   Saint Louis, MO 63179-0093
15091079    +EDI: FORD.COM Jul 09 2010 18:28:00     Ford Motor Credit Company LLC,    P O Box 6275,
              Dearborn, MI 48121-6275
15022104     EDI: RMSC.COM Jul 09 2010 18:28:00     GE Money Bank (Lowes BRC),
              c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
15022093     EDI: GMACFS.COM Jul 09 2010 18:28:00     GMAC Payment Processing Center,    POB 9001951,
              Louisville, KY 40290-1951
15022099     EDI: IRS.COM Jul 09 2010 18:28:00     Internal Revenue Service,
              Centralized Insolvency Operations,    POB 21126,   Philadelphia, PA 19114
15022106     EDI: HFC.COM Jul 09 2010 18:28:00     Menards,    HSBC Business Solutions,    POB 5219,
              Carol Stream, IL 60197-5219
15022110     E-mail/Text: bankrup@nicor.com                            NICOR,   POB 0632,
              Aurora, IL 60507-0632
15022112     E-mail/Text: bankruptcy@pb.com                            Pitney Bowes Inc,    POB 856390,
              Louisville, KY 40285-6390
15022121     EDI: NEXTEL.COM Jul 09 2010 18:28:00     Sprint,   POB 4181,   Carol Stream, IL 60197-4181
                                                                                              TOTAL: 12
```

```
District/off: 0752-1              User: froman                Page 2 of 2                 Date Rcvd: Jul 09, 2010
Case: 10-03162                    Form ID: ntcftfc7           Total Noticed: 59

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15201989     Sheet Metal Workers' National Pension Fund,    c/o Dawn M. Costa, Esq. /Jennings Sigmon,
             510 Walnut St, 16th Floor, Philadelphia,
15217277     Stabilization Agreement of the Sheet Metal Industr,    c/o Dawn M. Costa, Esquire/Jennings Sigm,
             510 Walnut Street, 16th Floor, Philadelp
15202052     Stabilization Agreement of the Sheet Metal Industr,    c/o Dawn M. Costa, Esq. /Jennings Sigmon,
             510 Walnut Street, 16th Floor, Philadelp
aty*         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
15022092*    Ford Credit,    POB 790093,    Saint Louis, MO 63179-0093
15022102*    +Jeffrey O'Sullivan,    27253 Wildwood Rd,    Monee, IL 60449-2101
15022125*    +State Bank of Countryside,    6734 Joliet Rd,    Countryside, IL 60525-4599
15022126*    +State Bank of Countryside,    6734 Joliet Rd,    Countryside, IL 60525-4599
                                                                                           TOTALS: 3, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2010**               **Signature:** _Joseph Speetjens_