# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| | § |
| HUBBARD HEATING INC. | § Case No. 10-03162 |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/14/2012 in Courtroom 2nd Floor,

Will County Court - Joliet City Hall
150 West Jefferson Street
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/16/2012          By: /s/ Bradley J. Waller
                                          Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HUBBARD HEATING INC. §   Case No. 10-03162
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 34,299.79 |
| and approved disbursements of | $ | 7,519.74 |
| leaving a balance on hand of[1] | $ | 26,780.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | $ 2,118.15 | $ 0.00 | $ 0.00 | $ 0.00 |
| 7S | Internal Revenue Service | $ 270,724.20 | $ 270,724.20 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 26,780.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 4,179.98 | $ 0.00 | $ 4,179.98 |
| Trustee Expenses: BRADLEY J. WALLER | $ 122.00 | $ 0.00 | $ 122.00 |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ 1,518.75 | $ 0.00 | $ 1,518.75 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,820.73 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Remaining Balance                                                                $        20,959.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 106,860.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Sheet Metal Workers' National Pension Fund | $ 3,819.50 | $ 0.00 | $ 0.00 |
| 3U | Sheet Metal Workers' National Pension Fund | $ 5,931.97 | $ 0.00 | $ 0.00 |
| 4P | Sheet Metal Workers' National Pension Fund | $ 0.00 | $ 0.00 | $ 0.00 |
| 5P | Stabilization Agreement of the Sheet Metal Industr | $ 1,183.61 | $ 0.00 | $ 0.00 |
| 7P | Internal Revenue Service | $ 39,220.16 | $ 0.00 | $ 0.00 |
| 12 | ELIZABETH KIKOEN | $ 7,446.40 | $ 0.00 | $ 4,524.35 |
| 13P | Illinois Department of Employment Security | $ 7,102.44 | $ 0.00 | $ 0.00 |
| 20 | Scott Niemczyk | $ 11,725.00 | $ 0.00 | $ 7,123.99 |
| 22 | Robert Raftery | $ 11,725.00 | $ 0.00 | $ 7,123.99 |
| 25P | Sheet Metal Workers Local 265 Pension Fund | $ 3,555.24 | $ 0.00 | $ 0.00 |
| 27P | Sheet Metal Worrkers Local265 Educational Fund | $ 537.42 | $ 0.00 | $ 0.00 |
| 28P | Sheet Metal Workers Local 265 Industry Fund | $ 350.59 | $ 0.00 | $ 0.00 |
| 29P | Sheet Metal Workers Local 265 Savings Fund | $ 20.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 30P | Sheet Metal Workers Int'l Assoc, Local Union 265 | $ 34.45 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 5,869.28 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 1,819.48 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 425.53 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 1,819.48 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 425.53 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 586.93 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 586.93 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 260.16 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 60.85 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 83.92 | $ 0.00 | $ 0.00 |
| | INTERNAL REVENUE SERVICE | $ 83.92 | $ 0.00 | $ 0.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 1,163.89 | $ 0.00 | $ 1,163.89 |
| AUTO | INTERNAL REVENUE SERVICE | $ 375.45 | $ 0.00 | $ 375.45 |
| AUTO | INTERNAL REVENUE SERVICE | $ 272.20 | $ 0.00 | $ 272.20 |
| AUTO | INTERNAL REVENUE SERVICE | $ 375.45 | $ 0.00 | $ 375.45 |

Total to be paid to priority creditors     $ 20,959.32

Remaining Balance     $ 0.00

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 674,607.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Yellow Book Sales & Distribution Inc | $ 420.00 | $ 0.00 | $ 0.00 |
| 4U | Sheet Metal Workers' National Pension Fund | $ 0.00 | $ 0.00 | $ 0.00 |
| 5U | Stabilization Agreement of the Sheet Metal Industr | $ 14,941.26 | $ 0.00 | $ 0.00 |
| 6 | Munch's Supply Co. | $ 23,548.75 | $ 0.00 | $ 0.00 |
| 7U | Internal Revenue Service | $ 103.14 | $ 0.00 | $ 0.00 |
| 8 | GE Money Bank | $ 301.63 | $ 0.00 | $ 0.00 |
| 9 | Cygan Hayes Ltd | $ 4,272.50 | $ 0.00 | $ 0.00 |
| 11 | Star/A&J Disposal | $ 137.16 | $ 0.00 | $ 0.00 |
| 13U | Illinois Department of Employment Security | $ 290.00 | $ 0.00 | $ 0.00 |
| 14 | Noble Air LLC | $ 960.00 | $ 0.00 | $ 0.00 |
| 15 | Speedway SuperAmerica LLC | $ 6,449.97 | $ 0.00 | $ 0.00 |
| 16 | Mutual Sales Corp | $ 584.87 | $ 0.00 | $ 0.00 |
| 17 | Dreisilker Electric Motors | $ 777.96 | $ 0.00 | $ 0.00 |
| 19 | AT&T | $ 202.27 | $ 0.00 | $ 0.00 |
| 20U | Scott Niemczyk | $ 2,475.24 | $ 0.00 | $ 0.00 |
| 21 | Air Products Equipment Co | $ 64,881.96 | $ 0.00 | $ 0.00 |
| 22U | Robert Raftery | $ 560.71 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | Temp Excel Properties LLC | $ 155,231.33 | $ 0.00 | $ 0.00 |
| 24P | Sheet Metal Workers Local 265 Welfare Fund | $ 5,656.69 | $ 0.00 | $ 0.00 |
| 24U | Sheet Metal Workers Local 265 Welfare Fund | $ 14,133.09 | $ 0.00 | $ 0.00 |
| 25U | Sheet Metal Workers Local 265 Pension Fund | $ 8,553.40 | $ 0.00 | $ 0.00 |
| 26P | Sheet Metal Workers Local 265 Retirement Plan | $ 3,445.00 | $ 0.00 | $ 0.00 |
| 26U | Sheet Metal Workers Local 265 Retirement Plan | $ 8,754.68 | $ 0.00 | $ 0.00 |
| 27U | Sheet Metal Workers Local 265 Educational Fund | $ 1,666.58 | $ 0.00 | $ 0.00 |
| 28U | Sheet Metal Workers Local 265 Industry Fund | $ 713.72 | $ 0.00 | $ 0.00 |
| 29U | Sheet Metal Workers Local 265 Savings Fund | $ 2,364.58 | $ 0.00 | $ 0.00 |
| 30U | Sheet Metal Workers Int'l Assoc, Local Union 265 | $ 88.76 | $ 0.00 | $ 0.00 |
| 31 | State Bank of Countryside | $ 351,931.75 | $ 0.00 | $ 0.00 |
| 32U | Robert Raftery | $ 0.00 | $ 0.00 | $ 0.00 |
|  | INTERNAL REVENUE SERVICE | $ 839.24 | $ 0.00 | $ 0.00 |
|  | INTERNAL REVENUE SERVICE | $ 260.16 | $ 0.00 | $ 0.00 |
|  | INTERNAL REVENUE SERVICE | $ 60.85 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $           0.00

Remaining Balance        $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 10-03162    Doc 58    Filed 11/19/12    Entered 11/21/12 23:49:07    Desc Imaged
Case 10-03162    Doc 27    Filed 07/09/10    Entered 07/11/10 23:26:02    Desc Imaged
           Certificate of Notice    Page 8 of 13
           Certificate of Service    Page 5 of 6

# CERTIFICATE OF NOTICE

```
District/off: 0752-1                 User: froman                   Page 1 of 2                  Date Rcvd: Jul 09, 2010
Case: 10-03162                       Form ID: ntcftfc7              Total Noticed: 59

The following entities were noticed by first class mail on Jul 11, 2010.
db           +Hubbard Heating Inc.,    112 S First St,    Peotone, IL 60468-8700
aty          +L. Judson Todhunter,    Howard & Howard Attorneys PLLC,    200 S Michigan Ave,
              Chicago, IL 60604-2402
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
15022073     +AETNA,   POB 0824,   Carol Stream, IL 60132-0001
15022074     +Air Products Equipment Co.,    1555 Louis Ave,    Elk Grove Village, IL 60007-2313
15022075     +Aramark Uniform Services,    4200 S Halsted Ste 603,    Chicago, IL 60609-2635
15022076     +Arrigo Enterprises Inc.,    7643 W 100th Pl,    Bridgeview, IL 60455-2434
15022077     +Arthur J. Gallagher Rms Inc.,    Two Pierce Place,    6th Floor - Bonds,    Itasca, IL 60143-1203
15022079     +Brucker Company,    1200 Greenleaf,    Elk Grove Village, IL 60007-5519
15022082      City of Chicago,    Department of Revenue,    POB 88298,    Chicago, IL 60680-1298
15022083     +City of Chicago,    C/O Heller And Frisone Ltd,    33 N LaSalle St Ste 1200,
              Chicago, IL 60602-3415
15022084     +Cleats Manufacturing Inc,    1855 S Kilbourn Ave,    Chicago, IL 60623-2393
15022085     +Cobra Concrete Cutting,    2416 E Oakton St,    Arlington Heights, IL 60005-4820
15022086     +Comcast Cable,    POB 300,    Southeastern, PA 19399
15022087     +Cygan Hayes Ltd,    10751 W 165th St,    Ste 100,    Orland Park, IL 60467-8702
15022088      Dex,   POB 660835,    Dallas, TX 75266-0835
15022089     +Dreisilker Electric Motors,    36249 Treasury Center,    Chicago, IL 60694-6200
15022090     +Elizabeth J. Kikoen,    5230 W Diane Ct,    Oak Forest, IL 60452-2205
15022094     +Holian Insulation Co,    7504 Meyer Rd,    Spring Grove, IL 60081-9359
15022095      Home Depot Credit Services,    Dept 32-2129372755,    POB 6029,    The Lakes, NV 88901-6029
15022098     +IMARC,   POB 290,   De Witt, IA 52742-0290
15022096      Illinois Department of Revenue,    POB 88294,    Chicago, IL 60680-1294
15022097      Illinois Tollway,    POB 5201,    Lisle, IL 60532-5201
15022100     +Jeffrey O'Sullivan,    27253 S Wildwood Rd,    Monee, IL 60449-2101
15022101     +Jeffrey O'Sullivan,    27253 Wildwood Rd,    Monee, IL 60449-2101
15022103     +Lindab Inc,    1450 Arthur Ave,    Ste B,    Elk Grove Village, IL 60007-5745
15022105     +Massmutual Financial Group,    APM Payment Processing Center,    POB 92485,
              Chicago, IL 60675-2485
15022107     +Munch's Supply Co.,    3180 Theodore Street, #102,    Joliet, IL 60435-8535
15022108     +Mutual Sales Corp,    2447 W Belmont Ave,    Chicago, IL 60618-5998
15022109     +National Benefit Fund,    POB79321,    Baltimore, MD 21279-0001
15022111     +Noble Air LLC,    6652 W 88th St,    Oak Lawn, IL 60453-1014
15022113     +RLI Surety,    POB 3961,    Peoria, IL 61612-3961
15022114      Robert J Huguelet Jr PC,    10749 Winterset Dr,    Orland Park, IL 60467-1106
15022115     +Robert Raftery,    5200 S Ellis Ave,    Unit 502,    Chicago, IL 60615-4376
15022116     +Royal Crane Service Inc,    POB 1858,    Bridgeview, IL 60455-0858
15022117     +Scott Niemczyk,    6304 W 157th St,    Oak Forest, IL 60452-2710
15022118      Sheet Metal Workers Intl Assoc #73,    4530 Roosevelt Rd,    Hillside, IL 60162-2053
15022119     +Sheet Metal Workers Local 265,    205 Alexandria Way,    Carol Stream, IL 60188-2080
15022120      Speedway Super America,    POB 740587,    Cincinnati, OH 45274-0587
15022122      Staples Credit Plan,    Dept 51-7819656256,    POB 689020,    Des Moines, IA 50368-9020
15022123     +Star/A&J Disposal,    20 S St,    Park Forest, IL 60466-1296
15022124     +State Bank of Countryside,    6734 Joliet Rd,    Countryside, IL 60525-4599
15022127     +Temperature Equipment Corp,    17725 Volbrecht Rd,    Lansing, IL 60438-4539
15022128     +The National Excelsior Co,    510 Oak Leaf Ct,    Joliet, IL 60436-1030
15022129      The Pate Company,    2456 Eisenhower Lane South,    Lombard, IL 60148
15188954     +Yellow Book Sales & Distribution Inc,    c/o RMS Bankruptcy Recovery Services (HB,    PO Box 5126,
              Timonium, Mary land 21094-5126
15022130      Yellowbook West,    Cusomter Service,    POB 3162,    Cedar Rapids, IA 52406-3162

The following entities were noticed by electronic transmission on Jul 09, 2010.
15022078      EDI: ATTWIREBK.COM Jul 09 2010 18:28:00     AT&T,    POB 8100,    Aurora, IL 60507-8100
15022080      EDI: CAPITALONE.COM Jul 09 2010 18:28:00     Capital One Bank,    POB 6492,
              Carol Stream, IL 60197-6492
15022081      EDI: CAUT.COM Jul 09 2010 18:28:00     Chase Auto Finance,    POB 9001083,
              Louisville, KY 40290-1083
15022091      EDI: FORD.COM Jul 09 2010 18:28:00     Ford Credit,    POB 790093,    Saint Louis, MO 63179-0093
15091079     +EDI: FORD.COM Jul 09 2010 18:28:00     Ford Motor Credit Company LLC,    P O Box 6275,
              Dearborn, MI 48121-6275
15022104      EDI: RMSC.COM Jul 09 2010 18:28:00     GE Money Bank (Lowes BRC),
              c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
15022093      EDI: GMACFS.COM Jul 09 2010 18:28:00     GMAC Payment Processing Center,    POB 9001951,
              Louisville, KY 40290-1951
15022099      EDI: IRS.COM Jul 09 2010 18:28:00     Internal Revenue Service,
              Centralized Insolvency Operations,    POB 21126,    Philadelphia, PA 19114
15022106      EDI: HFC.COM Jul 09 2010 18:28:00     Menards,    HSBC Business Solutions,    POB 5219,
              Carol Stream, IL 60197-5219
15022110      E-mail/Text: bankrup@nicor.com                          NICOR,    POB 0632,
              Aurora, IL 60507-0632
15022112      E-mail/Text: bankruptcy@pb.com                          Pitney Bowes Inc,    POB 856390,
              Louisville, KY 40285-6390
15022121      EDI: NEXTEL.COM Jul 09 2010 18:28:00     Sprint,    POB 4181,    Carol Stream, IL 60197-4181
                                                                                              TOTAL: 12
```

Case 10-03162 Doc 58 Filed 11/19/12 Entered 11/21/12 23:49:07 Desc Imaged
Case 10-03162 Doc 27 Filed 07/09/10 Entered 07/11/10 23:26:02 Desc Imaged
Certificate of Notice Page 9 of 13
Certificate of Service Page 6 of 6

```
District/off: 0752-1          User: froman              Page 2 of 2              Date Rcvd: Jul 09, 2010
Case: 10-03162                Form ID: ntcftfc7         Total Noticed: 59

               ***** BYPASSED RECIPIENTS (continued) *****
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15201989       Sheet Metal Workers' National Pension Fund,    c/o Dawn M. Costa, Esq. /Jennings Sigmon,
               510 Walnut St, 16th Floor, Philadelphia,
15217277       Stabilization Agreement of the Sheet Metal Industr,    c/o Dawn M. Costa, Esquire/Jennings Sigm,
               510 Walnut Street, 16th Floor, Philadelp
15202052       Stabilization Agreement of the Sheet Metal Industr,    c/o Dawn M. Costa, Esq. /Jennings Sigmon,
               510 Walnut Street, 16th Floor, Philadelp
aty*          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15022092*      Ford Credit,    POB 790093,    Saint Louis, MO 63179-0093
15022102*     +Jeffrey O'Sullivan,    27253 Wildwood Rd,    Monee, IL 60449-2101
15022125*     +State Bank of Countryside,    6734 Joliet Rd,    Countryside, IL 60525-4599
15022126*     +State Bank of Countryside,    6734 Joliet Rd,    Countryside, IL 60525-4599
                                                                                       TOTALS: 3, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2010**              **Signature:** _Joseph Speetjens_

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 10-03162-BWB
Hubbard Heating Inc.                                                    Chapter 7
       Debtor                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: froman                 Page 1 of 4                  Date Rcvd: Nov 19, 2012
                              Form ID: pdf006              Total Noticed: 69


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2012.
db           #+Hubbard Heating Inc.,    112 S First St,   Peotone, IL 60468-8700
16189126      +% AT&T Attorney: James Grudus, Esq.,     AT&T Inc.,    One AT&T Way, Room 3A218,
                Bedminster, NJ 07921-2694
15022073      +AETNA,    POB 0824,    Carol Stream, IL 60132-0824
15022078      #AT&T,    POB 8100,    Aurora, IL 60507-8100
15022074      +Air Products Equipment Co.,     Aronberg Goldgehn,    Jacqueline M. Helmriek,
                330 N. Wabash, Suite 1700,     Chicago, Illinois 60611-7765
15022075      +Aramark Uniform Services,     4200 S Halsted Ste 603,    Chicago, IL 60609-2635
15022076      +Arrigo Enterprises Inc.,     7643 W 100th Pl,   Bridgeview, IL 60455-2434
15022077      +Arthur J. Gallagher Rms Inc.,     Two Pierce Place,    6th Floor - Bonds,   Itasca, IL 60143-1203
15022079      +Brucker Company,    1200 Greenleaf,    Elk Grove Village, IL 60007-5519
15022080       Capital One Bank,    POB 6492,    Carol Stream, IL 60197-6492
15022082       City of Chicago,    Department of Revenue,    POB 88298,   Chicago, IL 60680-1298
15022083      +City of Chicago,    C/O Heller And Frisone Ltd,    33 N LaSalle St Ste 1200,
                Chicago, IL 60602-3415
15022084      +Cleats Manufacturing Inc,     1855 S Kilbourn Ave,    Chicago, IL 60623-2307
15022085      +Cobra Concrete Cutting,     2416 E Oakton St,   Arlington Heights, IL 60005-4820
15022086      +Comcast Cable,    POB 300,    Southeastern, PA 19399
15022087     #+Cygan Hayes Ltd,    10751 W 165th St,    Ste 100,   Orland Park, IL 60467-8702
15022088       Dex,    POB 660835,    Dallas, TX 75266-0835
15022089      +Dreisilker Electric Motors,     36249 Treasury Center,    Chicago, IL 60694-6200
15022091       Ford Credit,    POB 790093,    Saint Louis, MO 63179-0093
15091079      +Ford Motor Credit Company LLC,     P O Box 6275,    Dearborn, MI 48121-6275
15022094      +Holian Insulation Co,    7504 Meyer Rd,    Spring Grove, IL 60081-9359
15022095      #Home Depot Credit Services,     Dept 32-2129372755,    POB 6029,   The Lakes, NV 88901-6029
15022098      +IMARC,    POB 290,    De Witt, IA 52742-0290
15910111      +Illinois Department of Employment Security,     33 South State Street,
                Chicago, Illinois 60603-2808,     Attn: Bankruptcy Unit - 10th flr.
15022097       Illinois Tollway,    POB 5201,    Lisle, IL 60532-5201
15022100     #+Jeffrey O’Sullivan,     27253 S Wildwood Rd,   Monee, IL 60449-2101
15022101     #+Jeffrey O’Sullivan,     27253 Wildwood Rd,   Monee, IL 60449-2101
15022103      +Lindab Inc,    1450 Arthur Ave,    Ste B,   Elk Grove Village, IL 60007-5745
15022105      +Massmutual Financial Group,     APM Payment Processing Center,    POB 92485,
                Chicago, IL 60675-2485
15022106       Menards,    HSBC Business Solutions,    POB 5219,    Carol Stream, IL 60197-5219
15022107      +Munch’s Supply Co.,    3180 Theodore Street, #102,     Joliet, IL 60435-8535
15022108      +Mutual Sales Corp,    2447 W Belmont Ave,    Chicago, IL 60618-5998
15022109      +National Benefit Fund,     POB79321,   Baltimore, MD 21279-0001
15022111      +Noble Air LLC,    6652 W 88th St,    Oak Lawn, IL 60453-1014
15022113      +RLI Surety,    POB 3961,    Peoria, IL 61612-3961
15022114       Robert J Huguelet Jr PC,     10749 Winterset Dr,    Orland Park, IL 60467-1106
15022115      +Robert Raftery,    5200 S Ellis Ave,    Unit 502,   Chicago, IL 60615-4376
15022116      +Royal Crane Service Inc,     POB 1858,   Bridgeview, IL 60455-0858
15022117     #+Scott Niemczyk,    6304 W 157th St,    Oak Forest, IL 60452-2710
16437011      +Sheet Metal Workers Int’l Assoc., Local 265,      Baum Sigman Auerbach & Neuman, Ltd.,
                c/o Cecilia Scanlon,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
16437016      +Sheet Metal Workers Int’l Assoc., Local Union 265,      c/o Cecilia Scanlon,
                200 W. Adams Street, Suite 2200,     Chicago, IL 60606-5231
15022118       Sheet Metal Workers Intl Assoc #73,     4530 Roosevelt Rd,   Hillside, IL 60162-2053
15022119      +Sheet Metal Workers Local 265,     205 Alexandria Way,    Carol Stream, IL 60188-2080
16436965      +Sheet Metal Workers Local 265 Educational Fund,      Baum Sigman Auerbach & Neuman, Ltd.,
                c/o Cecilia Scanlon,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
16436971      +Sheet Metal Workers Local 265 Industry Fund,      Baum Sigman Auerbach & Neuman, Ltd.,
                c/o Cecilia Scanlon,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
16436923      +Sheet Metal Workers Local 265 Pension Fund,      Baum Sigman Auerbach & Neuman, Ltd.,
                c/o Cecilia Scanlon,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
16436940      +Sheet Metal Workers Local 265 Retirement Plan,      Baum Sigman Auerbach & Neuman, Ltd.,
                c/o Cecilia Scanlon,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
16436976      +Sheet Metal Workers Local 265 Savings Fund,      Baum Sigman Auerbach & Neuman, Ltd.,
                c/o Cecilia Scanlon,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
16436895      +Sheet Metal Workers Local 265 Welfare Fund,      Baum Sigman Auerbach & Neuman, Ltd.,
                c/o Cecilia Scanlon,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
15022120       Speedway Super America,    POB 740587,    Cincinnati, OH 45274-0587
16029828      +Speedway SuperAmerica LLC,     PO Box 1590,   Springfield, OH 45501-1590
15022122       Staples Credit Plan,    Dept 51-7819656256,    POB 689020,   Des Moines, IA 50368-9020
15022123      +Star/A&J Disposal,    20 S St,    Park Forest, IL 60466-1296
15022124       State Bank of Countryside,     6734 Joliet Rd,    Countryside, IL 60525-4599
16438617      +State Bank of Countryside,     c/o William S. Hackney,    SmithAmundsen LLC,
                150 North Michigan Avenue, Suite 3300,     Chicago, Illinois 60601-6004
15022129       The Pate Company,    2456 Eisenhower Lane South,     Lombard, IL 60148
15188954      +Yellow Book Sales & Distribution Inc,     c/o RMS Bankruptcy Recovery Services (HB,    PO Box 5126,
                Timonium, Mary land 21094-5126
15022130       Yellowbook West,    Cusomter Service,    POB 3162,    Cedar Rapids, IA 52406-3162
```

```
District/off: 0752-1           User: froman              Page 2 of 4              Date Rcvd: Nov 19, 2012
                               Form ID: pdf006           Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15022081      E-mail/Text: bk.notifications@jpmchase.com Nov 20 2012 03:04:19     Chase Auto Finance,
              POB 9001083,   Louisville, KY 40290-1083
15893896      E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2012 03:20:32     GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15022104      E-mail/PDF: rmscedi@recoverycorp.com Nov 20 2012 03:15:03     GE Money Bank (Lowes BRC),
              c/o Recovery Management Systems Corp,    Attn: Ramesh Singh,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
15022093      E-mail/Text: ally@ebn.phinsolutions.com Nov 20 2012 03:07:36     GMAC Payment Processing Center,
              POB 9001951,   Louisville, KY 40290-1951
15022099      E-mail/Text: cio.bncmail@irs.gov Nov 20 2012 03:00:35     Internal Revenue Service,
              Centralized Insolvency Operations,   POB 21126,   Philadelphia, PA 19114
15905079      E-mail/Text: bk.notifications@jpmchase.com Nov 20 2012 03:04:19     JPMorgan Chase Bank, N.A.,
              Chase Auto Finance,   Mary Lautenbach,   AZ1-1191,   201 N. Central Ave.,
              Phoenix, AZ 85004-0073
15022110      E-mail/Text: bankrup@nicor.com Nov 20 2012 03:03:15     NICOR,   POB 0632,
              Aurora, IL 60507-0632
15022112      E-mail/Text: bankruptcy@pb.com Nov 20 2012 03:06:03     Pitney Bowes Inc,   POB 856390,
              Louisville, KY 40285-6390
15022121      E-mail/Text: appebnmailbox@sprint.com Nov 20 2012 03:04:41     Sprint,   POB 4181,
              Carol Stream, IL 60197-4181
16402346     +E-mail/Text: mdan1@excelsiorhvac.com Nov 20 2012 03:08:53     Temp Excel Properties LLC,
              dba National Excelsior Company,   1999 N Ruby Street,   Melrose Park, IL 60160-1109
15022127     +E-mail/Text: ernie.pudliner@tecmungo.com Nov 20 2012 03:10:28     Temperature Equipment Corp,
              17725 Volbrecht Rd,   Lansing, IL 60438-4539
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15201989      Sheet Metal Workers' National Pension Fund,   c/o Dawn M. Costa, Esq. /Jennings Sigmon,
              510 Walnut St, 16th Floor, Philadelphia,
15217277      Stabilization Agreement of the Sheet Metal Industr,   c/o Dawn M. Costa, Esquire/Jennings Sigm,
              510 Walnut Street, 16th Floor, Philadelp
15202052      Stabilization Agreement of the Sheet Metal Industr,   c/o Dawn M. Costa, Esq. /Jennings Sigmon,
              510 Walnut Street, 16th Floor, Philadelp
15022092*     Ford Credit,   POB 790093,   Saint Louis, MO 63179-0093
15022102*    +Jeffrey O'Sullivan,   27253 Wildwood Rd,   Monee, IL 60449-2101
15022125*    +State Bank of Countryside,   6734 Joliet Rd,   Countryside, IL 60525-4599
15022126*    +State Bank of Countryside,   6734 Joliet Rd,   Countryside, IL 60525-4599
15022090    ##+Elizabeth J. Kikoen,   33 Brandy Dr,   Holiday Island, AR 72631-4503
15022096    ##Illinois Department of Revenue,   POB 88294,   Chicago, IL 60680-1294
15022128    ##+The National Excelsior Co,   510 Oak Leaf Ct,   Joliet, IL 60436-1030
                                                                                   TOTALS: 3, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: froman              Page 3 of 4            Date Rcvd: Nov 19, 2012
                              Form ID: pdf006           Total Noticed: 69
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: froman              Page 4 of 4            Date Rcvd: Nov 19, 2012
                              Form ID: pdf006           Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2012 at the address(es) listed below:
          Bradley J Waller    bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
          Christopher H Purcell    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw13@aol.com
          L. Judson Todhunter    on behalf of Debtor   Hubbard Heating Inc. JTodhunter@howardandhoward.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Timothy A. Clark    on behalf of Creditor   Munch's Supply Co. timclark@kcccp.com,
           veronica@kcccp.com
          William S Hackney    on behalf of Creditor   State Bank Of Countryside whackney@salawus.com,
           jadams@salawus.com

                                                                                             TOTAL: 6