# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re: §
§
Hubbard Heating Inc. §    Case No. 10-03162
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee         , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on               .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joji Takada, Chapter 7 Trustee _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance POB 9001083 Louisville, KY 40290-1083 | | | | | |
| | Ford Credit POB 790093 Saint Louis, MO 63179-0093 | | | | | |
| | State Bank of Countryside 6734 Joliet Rd Countryside, IL 60525 | | | | | |
| | CHASE AUTO FINANCE | | | | | |
| | FORD MOTOR CREDIT COMPANY | | | | | |
| 1 | Ford Motor Credit Company LLC | | | | | |
| 7S | Internal Revenue Service | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bradley J. Waller | | | | | |
| Bradley J. Waller | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | | | | | |
| DIRECTOR OF EMPLOYMENT SECURITY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| Lee G. Schwendner, CPA | | | | | |
| AMERICAN AUCTION ASSOCIATES INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elizabeth J. Kikoen 5230 W Diane Ct Oak Forest, IL 60452 | | | | | |
| | Illinois Department of Revenue POB 88294 Chicago, IL 60680-1294 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations POB 21126 Philadelphia, PA 19114 | | | | | |
| | Jeffrey O'Sullivan 27253 S Wildwood Rd Monee, IL 60449 | | | | | |
| | Robert Raftery 5200 S Ellis Ave Unit 502 Chicago, IL 60615 | | | | | |
| | Scott Niemczyk 6304 W 157th St Oak Forest, IL 60452 | | | | | |
| 12 | Elizabeth Kikoen | | | | | |
| 18 | Elizabeth Kikoen | | | | | |
| | Illinois Dept of Revenue | | | | | |
| | Internal Revenue Service | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| 32 | Robert Raftery | | | | | |
| 22 | Robert Raftery | | | | | |
| 20 | Scott Niemczyk | | | | | |
| 30P | Sheet Metal Workers Int'l Assoc, Local Union 265 | | | | | |
| 27P | Sheet Metal Workers Local 265 Educational Fund | | | | | |
| 28P | Sheet Metal Workers Local 265 Industry Fund | | | | | |
| 25P | Sheet Metal Workers Local 265 Pension Fund | | | | | |
| 29P | Sheet Metal Workers Local 265 Savings Fund | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Sheet Metal Workers' National Pension Fund | | | | | |
| 3U | Sheet Metal Workers' National Pension Fund | | | | | |
| 4P | Sheet Metal Workers' National Pension Fund | | | | | |
| 5P | Stabilization Agreement of the Sheet Metal Industr | | | | | |
| | Director of Employment Security | | | | | |
| 13P | Illinois Department of Employment Security | | | | | |
| 7P | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AETNA POB 0824 Carol Stream, IL 60132 | | | | | |
| | Air Products Equipment Co. 1555 Louis Ave Elk Grove Village, IL 60007 | | | | | |
| | Aramark Uniform Services 4200 S Halsted Ste 603 Chicago, IL 60609 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arrigo Enterprises Inc. 7643 W 100th Pl Bridgeview, IL 60455 | | | | | |
| | Arthur J. Gallagher Rms Inc. Two Pierce Place 6th Floor - Bonds Itasca, IL 60143 | | | | | |
| | AT&T POB 8100 Aurora, IL 60507-8100 | | | | | |
| | Brucker Company 1200 Greenleaf Elk Grove Village, IL 60007 | | | | | |
| | Capital One Bank POB 6492 Carol Stream, IL 60197-6492 | | | | | |
| | City of Chicago C/O Heller And Frisone Ltd 33 N LaSalle St Ste 1200 Chicago, IL 60602 | | | | | |
| | City of Chicago Department of Revenue POB 88298 Chicago, IL 60680-1298 | | | | | |
| | Cleats Manufacturing Inc 1855 S Kilbourn Ave Chicago, IL 60623 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cobra Concrete Cutting 2416 E Oakton St Arlington Heights, IL 60005 | | | | | |
| | Comcast Cable POB 300 Southeastern, PA 19398-3001 | | | | | |
| | Cygan Hayes Ltd 10751 W 165th St Ste 100 Orland Park, IL 60467 | | | | | |
| | Dex POB 660835 Dallas, TX 75266-0835 | | | | | |
| | Dreisilker Electric Motors 36249 Treasury Center Chicago, IL 60694 | | | | | |
| | Ford Credit POB 790093 Saint Louis, MO 63179-0093 | | | | | |
| | GMAC Payment Processing Center POB 9001951 Louisville, KY 40290-1951 | | | | | |
| | Holian Insulation Co 7504 Meyer Rd Spring Grove, IL 60081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot Credit Services Dept 32-2129372755 POB 6029 The Lakes, NV 88901-6029 | | | | | |
| | Illinois Tollway POB 5201 Lisle, IL 60532-5201 | | | | | |
| | IMARC POB 290 De Witt, IA 52742 | | | | | |
| | Lindab Inc 1450 Arthur Ave Ste B Elk Grove Village, IL 60007 | | | | | |
| | Lowe's Business Account POB 530970 Atlanta, GA 30353-0970 | | | | | |
| | Massmutual Financial Group APM Payment Processing Center POB 92485 Chicago, IL 60675 | | | | | |
| | Menards HSBC Business Solutions POB 5219 Carol Stream, IL 60197-5219 | | | | | |
| | Munich's Supply Co Inc 1901 Ferro Dr New Lenox, IL 60451 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mutual Sales Corp 2447 W Belmont Ave Chicago, IL 60618 | | | | | |
| | National Benefit Fund POB79321 Baltimore, MD 21279 | | | | | |
| | NICOR POB 0632 Aurora, IL 60507-0632 | | | | | |
| | Noble Air LLC 6652 W 88th St Oak Lawn, IL 60453 | | | | | |
| | Pitney Bowes Inc POB 856390 Louisville, KY 40285-6390 | | | | | |
| | RLI Surety POB 3961 Peoria, IL 61612 | | | | | |
| | Robert J Huguelet Jr PC 10749 Winterset Dr Orland Park, IL 60467-1106 | | | | | |
| | Royal Crane Service Inc POB 1858 Bridgeview, IL 60455 | | | | | |
| | Sheet Metal Workers Intl Assoc #73 4530 Roosevelt Rd Hillside, IL 60162-2053 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sheet Metal Workers Local 265 205 Alexandria Way Carol Stream, IL 60188 | | | | | |
| | Speedway Super America POB 740587 Cincinnati, OH 45274-0587 | | | | | |
| | Sprint POB 4181 Carol Stream, IL 60197-4181 | | | | | |
| | Staples Credit Plan Dept 51-7819656256 POB 689020 Des Moines, IA 50368-9020 | | | | | |
| | Star/A&J Disposal 20 S St Park Forest, IL 60466-1291 | | | | | |
| | State Bank of Countryside 6734 Joliet Rd Countryside, IL 60525 | | | | | |
| | State Bank of Countryside 6734 Joliet Rd Countryside, IL 60525 | | | | | |
| | Temperature Equipment Corp 17725 Volbrecht Rd Lansing, IL 60438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The National Excelsior Co 510 Oak Leaf Ct Joliet, IL 60436 | | | | | |
| | The Pate Company 2456 Eisenhower Lane South Lombard, IL 60148 | | | | | |
| | Yellowbook West Cusomter Service POB 3162 Cedar Rapids, IA 52406-3162 | | | | | |
| 21 | Air Products Equipment Co | | | | | |
| 19 | AT&T | | | | | |
| 9 | Cygan Hayes Ltd | | | | | |
| 17 | Dreisilker Electric Motors | | | | | |
| 8 | GE Money Bank | | | | | |
| 13U | Illinois Department of Employment Security | | | | | |
| 7U | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |
| | Internal Revenue Service | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | JPMorgan Chase Bank NA | | | | | |
| 6 | Munch's Supply Co. | | | | | |
| 16 | Mutual Sales Corp | | | | | |
| 14 | Noble Air LLC | | | | | |
| 22U | Robert Raftery | | | | | |
| 32U | Robert Raftery | | | | | |
| 20U | Scott Niemczyk | | | | | |
| 30U | Sheet Metal Workers Int'l Assoc, Local Union 265 | | | | | |
| 27U | Sheet Metal Workers Local 265 Educational Fund | | | | | |
| 28U | Sheet Metal Workers Local 265 Industry Fund | | | | | |
| 25U | Sheet Metal Workers Local 265 Pension Fund | | | | | |
| 26P | Sheet Metal Workers Local 265 Retirement Plan | | | | | |
| 26U | Sheet Metal Workers Local 265 Retirement Plan | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 29U | Sheet Metal Workers Local 265 Savings Fund | | | | | |
| 24P | Sheet Metal Workers Local 265 Welfare Fund | | | | | |
| 24U | Sheet Metal Workers Local 265 Welfare Fund | | | | | |
| 4U | Sheet Metal Workers' National Pension Fund | | | | | |
| 15 | Speedway SuperAmerica LLC | | | | | |
| 5U | Stabilization Agreement of the Sheet Metal Industr | | | | | |
| 11 | Star/A&J Disposal | | | | | |
| 31 | State Bank of Countryside | | | | | |
| 23 | Temp Excel Properties LLC | | | | | |
| 2 | Yellow Book Sales & Distribution Inc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 10-03162 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Hubbard Heating Inc. | | | | Date Filed (f) or Converted (c): | 01/28/2010 (f) |
| | | | | | 341(a) Meeting Date: | 01/28/2010 |
| For Period Ending: | 02/27/2013 | | | | Claims Bar Date: | 10/08/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  State Bank of Countryside 6734 Joliet Rd Country | 40,000.00 | 0.00 | | 0.00 | FA |
| 2.  State Bank of Countryside 6734 Joliet Rd Country | 0.00 | 0.00 | | 0.00 | FA |
| 3.  State Bank of Counrtyside 6734 Joliet Rd Country | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Accounts Receivables Total Past Due | 610,555.75 | 4,045.00 | | 4,045.00 | FA |
| 5.  2000 Ford Van E350 Frankfor | 5,000.00 | 3,250.00 | | 3,250.00 | FA |
| 6.  99 Int'l 4700 Stake Trk Frankfort, IL | 9,000.00 | 6,500.00 | | 6,500.00 | FA |
| 7.  05 Ford F150 Pickup Monee, IL | 6,350.00 | 4,922.00 | | 7,000.00 | FA |
| 8.  2006 Ford Cutaway Peotone, IL | 5,300.00 | 3,910.00 | | 7,000.00 | FA |
| 9.  2007 Chavrolet G2500 Peotone, IL | 5,500.00 | 6,500.00 | | 6,500.00 | FA |
| 10.  Miscellaneous desks, computers, File Cabinets, P | 5,000.00 | | | | FA |
| 11.  Metal Forming Machines | 10,000.00 | 0.00 | | 0.00 | FA |
| 12.  Miscellaneous Inventory | 15,000.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.79 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $711,705.75 | $29,127.00 | | $34,299.79 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

011713--Assigned case after Waller resigned; Waller already filed TFR and Trustee Fee App; Waller firm to keep account open and disburse funds; Need to file TDR and close case; No comp.

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Orig. Asset Memo: Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 12/31/2011        Current Projected Date of Final Report (TFR): 12/31/2012

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-03162 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Hubbard Heating Inc. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX2265 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX3200 | Blanket Bond (per case limit): |
| For Period Ending: 02/27/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/10 | 4 | Homestar Title Company Escrow Account 222 N. Industrial Drive Bradley, IL 60915 | Accounts Receivable DEPOSIT CHECK #75537 | | 1129-000 | $4,045.00 | | $4,045.00 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | | 1270-000 | $0.07 | | $4,045.07 |
| 08/09/10 | | American Auction Associates Inc 8515 S. Thomas Avenue Bridgeview, IL 60455 | per court order of July 9, 2010 DEPOSIT CHECK #4571 | | | $30,250.00 | | $34,295.07 |
| | | | Gross Receipts | $30,250.00 | | | | |
| | 5 | | 2000 Ford Van E350 Frankfor | $3,250.00 | 1129-000 | | | |
| | 6 | | 99 Int'l 4700 Stake Trk Frankfort, IL | $6,500.00 | 1129-000 | | | |
| | 7 | | 05 Ford F150 Pickup Monee, IL | $7,000.00 | 1129-000 | | | |
| | 8 | | 2006 Ford Cutaway Peotone, IL | $7,000.00 | 1129-000 | | | |
| | 9 | | 2007 Chavrolet G2500 Peotone, IL | $6,500.00 | 1129-000 | | | |
| 08/11/10 | 1001 | FORD MOTOR CREDIT COMPANY National Bankruptcy Service Center P.O. Box 537901 Livonia, MI 48159-7901 | Payment of lien on 2005 Ford 150 | | 4210-000 | | $2,224.53 | $32,070.54 |
| 08/11/10 | 1002 | CHASE AUTO FINANCE National Bankruptcy Department 201 N. Central Ave AZ1-1191 Phoenix, AZ 85004 | Payment of lien on 2006 Ford Econoline | | 4210-000 | | $3,228.55 | $28,841.99 |
| 08/23/10 | 1003 | American Auction Associates, Inc. 8616 South Thomas Avenue Bridgview, IL 60455 | VOID per court order of August 20, 2010 | | 3620-003 | | ($139.89) | $28,981.88 |
| 08/23/10 | 1003 | American Auction Associates, Inc. 8616 South Thomas Avenue Bridgview, IL 60455 | per court order of August 20, 2010 | | 3620-003 | | $139.89 | $28,841.99 |

| | | |
|---|---|---|
| Page Subtotals: | $34,295.07 | $5,453.08 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 10-03162 | | | | Trustee Name: Joji Takada, Chapter 7 Trustee | | |
| Case Name: Hubbard Heating Inc. | | | | Bank Name: The Bank of New York Mellon | | |
| | | | | Account Number/CD#: XXXXXX2265 | | |
| | | | | | Money Market Account | |
| Taxpayer ID No: XX-XXX3200 | | | | Blanket Bond (per case limit): | | |
| For Period Ending: 02/27/2013 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/10 | 1004 | AMERICAN AUCTION ASSOCIATES INC. 8515 South Thomas Avenue Bridgeview, IL 60455 | per court order of August 20, 2010 | 3620-000 | | $1,398.89 | $27,443.10 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | $1.36 | | $27,444.46 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.22 | | $27,444.68 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.23 | | $27,444.91 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.22 | | $27,445.13 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.23 | | $27,445.36 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.23 | | $27,445.59 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.21 | | $27,445.80 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.23 | | $27,446.03 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.22 | | $27,446.25 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.23 | | $27,446.48 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.22 | | $27,446.70 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.23 | | $27,446.93 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $52.64 | $27,394.29 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | $0.23 | | $27,394.52 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $63.81 | $27,330.71 |

Page Subtotals:                    $4.06          $1,515.34

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 10-03162 | | | | Trustee Name: Joji Takada, Chapter 7 Trustee | | |
| Case Name: Hubbard Heating Inc. | | | | Bank Name: The Bank of New York Mellon | | |
| | | | | Account Number/CD#: XXXXXX2265 | | |
| | | | | Money Market Account | | |
| Taxpayer ID No: XX-XXX3200 | | | | Blanket Bond (per case limit): | | |
| For Period Ending: 02/27/2013 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/11 | 1005 | Illinois Department of Revenue P.O. Box 19032 Springfield, IL 62794-9032 | 2010 Taxes | 2810-000 | | $322.00 | $27,008.71 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Ad | 2600-000 | | ($1.88) | $27,010.59 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.22 | | $27,010.81 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $55.94 | $26,954.87 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.22 | | $26,955.09 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $53.54 | $26,901.55 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.22 | | $26,901.77 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $58.96 | $26,842.81 |
| 12/02/11 | | Transfer to Acct # xxxxxx2266 | Transfer of Funds | 9999-000 | | $26,842.81 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $34,299.79 | $34,299.79 |
| Less: Bank Transfers/CD's | $0.00 | $26,842.81 |
| Subtotal | $34,299.79 | $7,456.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $34,299.79 | $7,456.98 |

| Page Subtotals: | $0.66 | $27,331.37 |
|---|---|---|

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 10-03162 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit 9 |
| --- | --- | --- |
| Case Name: Hubbard Heating Inc. | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX2266 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX3200 | Blanket Bond (per case limit): | |
| For Period Ending: 02/27/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/02/11 | | Transfer from Acct # xxxxxx2265 | Transfer of Funds | 9999-000 | $26,842.81 | | $26,842.81 |
| 01/10/12 | 101 | ILLINOIS DEPARTMENT OF REVENUE Attn: Remit 101 West Randolph, Suite 7-400 Chicago, IL 60601 | 2010 taxes | 2820-000 | | $62.76 | $26,780.05 |
| 01/26/12 | | Transfer to Acct # xxxxxx3168 | Bank Funds Transfer | 9999-000 | | $26,780.05 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $26,842.81 | $26,842.81 |
| Less: Bank Transfers/CD's | $26,842.81 | $26,780.05 |
| Subtotal | $0.00 | $62.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $62.76 |

| Page Subtotals: | $26,842.81 | $26,842.81 |
| --- | --- | --- |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  10-03162
Case Name:  Hubbard Heating Inc.

Trustee Name:  Joji Takada, Chapter 7 Trustee
Bank Name:  Congressional Bank
Account Number/CD#:  XXXXXX3168
Checking Account

Taxpayer ID No:  XX-XXX3200
For Period Ending: 02/27/2013

Blanket Bond (per case limit):
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/12 | | Transfer from Acct # xxxxxx2266 | Bank Funds Transfer | 9999-000 | $26,780.05 | | $26,780.05 |
| 12/14/12 | 1001 | BRADLEY J. WALLER 2045 Aberdeen Court Sycamore, IL 60178 | Trustee Expenses | 2200-000 | | $122.00 | $26,658.05 |
| 12/14/12 | 1002 | BRADLEY J. WALLER 2045 Aberdeen Court Sycamore, IL 60178 | Trustee Compensation | 2100-000 | | $4,179.98 | $22,478.07 |
| 12/14/12 | 1003 | LEE G. SCHWENDNER, CPA DiGiovine, Hnilo, Jordan & Joh 2570 foxfield Road, Suite 301 St. Charles, IL 60174 | Accountant for Trustee Fees (Other | 3410-000 | | $1,518.75 | $20,959.32 |
| 12/20/12 | 1008 | INTERNAL REVENUE SERVICE United States Treasury Kansas City, KS 64999 | SUTA Reversal | 5800-003 | | ($318.69) | $21,278.01 |
| 12/20/12 | | INTERNAL REVENUE SERVICE United States Treasury Kansas City, KS 64999 | Social Security (Employee) | 5300-000 | | $766.05 | $20,511.96 |
| 12/20/12 | | INTERNAL REVENUE SERVICE United States Treasury Kanas City, KS 64999 | Social Securty (Employer) | 5800-000 | | $1,130.82 | $19,381.14 |
| 12/20/12 | | INTERNAL REVENUE SERVICE United States Treasury Kanas City, KS 64999 | Federal W/H | 5300-000 | | $4,559.76 | $14,821.38 |
| 12/20/12 | | INTERNAL REVENUE SERVICE United States Treasury Kanas City, KS 64999 | Federal Unemployment | 5800-000 | | $145.91 | $14,675.47 |
| 12/20/12 | | INTERNAL REVENUE SERVICE United States Treasury Kansas City, KS 64999 | Medicare (Employee) | 5300-000 | | $264.46 | $14,411.01 |
| 12/20/12 | | INTERNAL REVENUE SERVICE United States Treasury Kansas City, KS  64999 | Medicare (Employer) | 5800-000 | | $264.46 | $14,146.55 |
| 12/20/12 | 1003 | DIRECTOR OF EMPLOYMENT SECURITY Illinois Dept Employment Security P.O. Box 19300 Springfield, IL 62794-9300 | SUTA | 2820-000 | | $318.69 | $13,827.86 |

Page Subtotals:                                      $26,780.05        $12,952.19

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 10-03162 | Trustee Name: Joji Takada, Chapter 7 Trustee | **Exhibit 9** |
| Case Name: Hubbard Heating Inc. | Bank Name: Congressional Bank | |
| | Account Number/CD#: XXXXXX3168 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX3200 | Blanket Bond (per case limit): | |
| For Period Ending: 02/27/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/20/12 | 1004 | ELIZABETH KIKOEN<br>33 Brandy Drive<br>Holiday Island, AR 72631 | Claim 12, Payment 59.03309% | 5300-000 | | $2,828.72 | $10,999.14 |
| 12/20/12 | 1005 | SCOTT NIEMCZYK<br>941 Rockwell Lane<br>Dyer, IN 46311 | Claim 20, Payment 59.03284% | 5300-000 | | $4,454.05 | $6,545.09 |
| 12/20/12 | 1006 | ROBERT RAFTERY<br>5200 S Ellis Avenue<br>Unit 502<br>Chicago, IL 60615 | Claim 22, Payment 59.03284% | 5300-000 | | $4,454.05 | $2,091.04 |
| 12/20/12 | 1007 | ILLINOIS DEPT OF REVENUE<br>PO Box 19447<br>Springfield, IL 62794-9447 | State Withholdings | 5300-000 | | $911.95 | $1,179.09 |
| 12/20/12 | 1008 | INTERNAL REVENUE SERVICE<br>United States Treasury<br>Kansas City, KS 64999 | SUTA | 5800-003 | | $318.69 | $860.40 |
| 12/20/12 | 1009 | DIRECTOR OF EMPLOYMENT SECURITY<br>Illinois Dept. of Employment Security<br>P.O. Box 19300<br>Springfield, IL 62794-9300 | State Unemployemnt Tax Max | 5800-000 | | $860.40 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $26,780.05 | $26,780.05 |
| Less: Bank Transfers/CD's | $26,780.05 | $0.00 |
| Subtotal | $0.00 | $26,780.05 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $26,780.05 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $13,827.86 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2265 - Money Market Account | $34,299.79 | $7,456.98 | $0.00 |
| XXXXXX2266 - Checking Account | $0.00 | $62.76 | $0.00 |
| XXXXXX3168 - Checking Account | $0.00 | $26,780.05 | $0.00 |
| | $34,299.79 | $34,299.79 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $34,299.79 | |
| Total Gross Receipts: | $34,299.79 | |

Page Subtotals:     $0.00     $0.00